# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIM. NO. 21-cr-00872-MAS |
| | * | |
| MATTHEW PRZEMIENIECKI | * | |
| | * | |
| | ***** | |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓]  That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]  Video Teleconferencing

[ ]  Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    [ ]  The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    [ ]  Other:

Date:  Nov 19, 2021

*Tonianne J. Bongiovanni* (signature)
Honorable Tonianne J. Bongiovanni
United States Magistrate Judge